```
 1  Michael J. Sexton, Bar No. 153435
    Jane M. Flynn, Bar No. 167466
 2  PAYNE & FEARS LLP
    Attorneys at Law
 3  4 Park Plaza, Suite 1100
    Irvine, California 92614
 4  Telephone: (949) 851-1100
    Facsimile: (949) 851-1212
 5
    Attorneys for Defendant Home Depot U.S.A., Inc.
 6
```



Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAFFORD BARKER, | CASE NO. CV04-2055 GAF (PJWx) |
| Plaintiff, | Assigned for All Purposes to the Hon. Gary A. Fees |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO DISMISS CLAIMS OF PLAINTIFF STAFFORD BARKER** |
| HOME DEPOT U.S.A., INC.; and DOES 1 through 50, inclusive, | |
| Defendants. | Action Filed: February 10, 2004 |

STIPULATION TO DISMISS AND ORDER

1  IT IS HEREBY STIPULATED by and between Plaintiff
2  Stafford Barker and Defendant Home Depot U.S.A., Inc., through
3  their respective counsel of record, that all claims for relief in
4  the above-captioned action brought by Plaintiff be and hereby are
5  dismissed with prejudice pursuant to FRCP 41(a)(1), with each
6  party to bear its own costs and attorneys' fees. This disposes of
7  the entire action.

9  DATED: December 7, 2004        PAYNE & FEARS LLP

11                                 By: _____
                                       Jane M. Flynn
                                   Attorneys for Defendant Home
                                   Depot U.S.A., Inc.

14 DATED: December __, 2004        STREETER & NANGANO

17                                 By: _____
                                       John W. Streeter
18                                 Attorneys for Plaintiff
                                   Stafford Barker

21                              **ORDER**

23  It is hereby ORDERED that the above-captioned action brought by
24  Plaintiff be and hereby are dismissed with prejudice pursuant to
25  FRCP 41(a)(1), with each party to bear its own costs and attorneys'
26  fees. SO ORDERED.
27  DATED: January 19, 2005        _____
                                   UNITED STATES DISTRICT COURT JUDGE

-2-

STIPULATION TO DISMISS AND ORDER

IT IS HEREBY STIPULATED by and between Plaintiff Stafford Barker and Defendant Home Depot U.S.A., Inc., through their respective counsel of record, that all claims for relief in the above-captioned action brought by Plaintiff be and hereby are dismissed with prejudice pursuant to FRCP 41(a)(1), with each party to bear its own costs and attorneys' fees. This disposes of the entire action.

DATED: December __, 2004          PAYNE & FEARS LLP


                                  By: _____
                                      Jane M. Flynn

                                  Attorneys for Defendant Home
                                  Depot U.S.A., Inc.

DATED: December 7, 2004           STREETER & NANGANO


                                  By: _____
                                      John W. Streeter

                                  Attorneys for Plaintiff
                                  Stafford Barker


## ORDER

It is hereby ORDERED that the above-captioned action brought by Plaintiff be and hereby are dismissed with prejudice pursuant to FRCP 41(a)(1), with each party to bear its own costs and attorneys' fees. SO ORDERED.

DATED: December __, 2004          _____
                                  UNITED STATES DISTRICT COURT JUDGE

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action; my business address is Jamboree Center, 4 Park Plaza, Suite 1100, Irvine, California 92614.

On January 17, 2005, I served the foregoing document(s) described as **STIPULATION AND [PROPOSED] ORDER TO DISMISS CLAIMS OF PLAINTIFF STAFFORD BARKER** on interested parties in this action by placing true copies thereof enclosed in a sealed envelope as follows:

> John W. Streeter, Esq.
> Thomas Barclay, Esq.
> Streeter & Nangano
> 305 South Hudson Avenue
> Pasadena, California 91101
> Telephone: (626) 432-7090
> Facsimile: (626) 432-7041

(X) **(By U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Irvine, California.

(x) **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 17, 2005, at Irvine, California.

_Barbara Whitt_
Barbara Whitt